UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY STEVEN LANE, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:20-CV-100-TRM-HBG |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
|     Defendant. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion to Withdraw as Attorney. [Doc. 34] Defendant moves the Court to allow attorney Sonneborn to withdraw from this case. As grounds, Defendant states that attorney Sonneborn is leaving the firm of Seyfarth Shaw LLP, and thus will no longer be representing Defendant. Attorneys Kamps and Booker will continue their representation of Defendant.

Accordingly, Defendant's Motion to Withdraw as Attorney [Doc. 34] is hereby **GRANTED**. Attorney Sonneborn is **RELIEVED** of her duties as counsel in this case.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge